**W. F. Woodruff, defendant in error, v. Raymond A. Von Danden, plaintiff in error. Gen. No. 31,214.**

Error to order denying defendant's motion to vacate confession judgment. Error to the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 12, 1928.

William R. Brand, for plaintiff in error. Church, Haft, Robertson & Crowe, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Brennan Packing Company, appellant, v. E. G. Shinner & Company, appellee. Gen. No. 31,771.**

Action for debt on implied contract from usage. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 13, 1928.

Kelly & Murphy, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**McKendry Realty Company, appellee, v. Oscar A. Johnson et al., appellants. Gen. No. 31,790.**

Action to recover realty broker's commission. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 27, 1927. Rehearing denied January 13, 1928.

Harry J. Myerson, for appellants. Reeve & Heywood, for appellee; Harold L. Reeve, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Nelle Quigley, appellee, v. Sam Cohen et al., appellants. Gen. No. 31,832.**

Appeal from denial of motion to vacate a default judgment. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927.

Samuel H. Rosenthal, for appellants. James H. Cronin, for appellee; William C. Wermuth, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.